IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DARREN C. DEMARIE, | CV-21-0008-H-SEH |
| Plaintiff, | |
| vs. | ORDER |
| REGINALD MICHAEL, LYNN GUYER, JAMES SALMONSEN, CHRISTINE KLANECKY, and PETER BLUDWORTH, | |
| Defendants. | |

The Court dismissed Darren C. DeMarie's ("DeMarie") complaint under 42 U.S.C. § 1983 on July 1, 2021 for failure to state a claim for relief.[1] Judgment was entered.[2] On July 12, 2021, DeMarie moved to alter or amend the judgment, citing Fed. R. Civ. P. 59(e) and contending the Court based its decision on a manifest error of law or fact.

The court enjoys considerable discretion in granting or denying the sparingly granted extraordinary remedy of amendment of judgment.[3]

---

[1] Doc. 8.

[2] Doc. 9.

[3] *McDowell v. Claderon*, 197 F. 3d 1253, 1255 n. 1 (9th Cir. 1999) (en banc) (per curiam).

1

Deficiencies in complaint cannot be remedied by amendment. No valid basis under Fed. R. Civ. P. 59(e), to alter or amend the judgment is shown.

ORDERED:

DeMarie's Motion to Alter or Amend[4] is DENIED.

DATED this 20th day of July, 2021.

*Sam E. Haddon*
Sam E. Haddon
United States District Court Judge

---

[4] Doc. 10.